

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00404-CR

| | | |
|---|---|---|
| HENRY CURTIS MAYO, Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CR19-0317) |
| V. | § | June 24, 2021 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court's written judgment is modified to reflect that punishment was tried to and assessed by the trial court. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
       Justice Dabney Bassel